McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


JOYCE R. PENN,                    )    1:04-cv-06445 LJO
                                  )
               Plaintiff,         )    EX PARTE APPLICATION
                                  )    TO EXTEND TIME; AND ORDER
          v.                      )
                                  )
JO ANNE B. BARNHART,              )
Commissioner of Social            )
Security,                         )
                                  )
               Defendant.         )
_____)

     Defendant, Commissioner of Social Security, hereby applies to

the Court for an extension of time to file a response to

plaintiff's opening brief from July 11, 2005 to August 18, 2005.

     This is defendant's first request for an extension of time in

this matter.  Defendant needs the additional time to enter into

settlement negotiations with plaintiff by offering her the

opportunity to remand this case for further proceedings which will

include a new hearing and a new decision.

///

///

///

1

1

2  Dated: July 8, 2005

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney

```
1                      CERTIFICATE OF SERVICE BY MAIL
2
3  JOYCE R. PENN,                )        1:04-cv-06445 LJO
                                 )
4                 Plaintiff,     )
                                 )
5                 v.             )
                                 )
6  Commissioner of Social        )
         Security,               )
7                                )
                  Defendant.     )
8  _____ )
```

9        The undersigned hereby certifies that she is an employee of
   the United States Attorney's Office for the Eastern District of
10 California and is a person of such age and discretion as to be
   competent to serve papers.
11
         That on July 8, 2005, she served a copy of the attached:
12
         Ex Parte Application to Extend Time and (proposed) Order
13
   by placing said copy in a postpaid envelope addressed to the
14 person(s) hereinafter named, at the places(s) and address(es)
   stated below, which is/are the last known address(es), and by
15 depositing said envelope and contents in the United States Mail at
   Fresno, California.
16
   SERVICE BY MAIL
17
   Joyce R. Penn
18 5879 West Ashlan
   Fresno, CA 93722
19

20

21

22

23

24                                 /s/ Kristi C. Kapetan for
                                   Sharilyn J. Martin
25                                 Paralegal Specialist

26 IT IS SO ORDERED.

   **Dated:   July 12, 2005**          _____/s/ Lawrence J. O'Neill_____
27 b9ed48                          UNITED STATES MAGISTRATE JUDGE

28
```