```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  JOYCE R. PENN,              )    1:04-cv-06445 LJO
                                )
12             Plaintiff,       )
                                )    STIPULATION AND ORDER
13        v.                    )    FOR REMAND PURSUANT TO
                                )    SENTENCE FOUR OF 42 U.S.C.
14  JO ANNE B. BARNHART,        )    § 405(g), and
    Commissioner of Social      )
15  Security,                   )    REQUEST FOR ENTRY OF JUDGMENT
                                )
16             Defendant.       )
    _____)
17
```

18      IT IS HEREBY STIPULATED, by and between the parties, through

19 their respective counsel of record, that this action be remanded

20 to the Commissioner of Social Security for further administrative

21 action pursuant to section 205(g) of the Social Security Act, as

22 amended, 42 U.S.C. § 405(g), sentence four.

23      On remand, the Appeals Council will instruct an

24 Administrative Law Judge to take the following action:

25      1.  Offer Plaintiff an opportunity to appear at a hearing and

26 to update the record; and

27      2.  Issue a new decision which will include among the

28 findings an evaluation of Plaintiff's credibility and of her

ability to perform the requirements of her past work.

                                                Respectfully submitted,

Dated July 28, 2005            /s/ Joyce R. Penn  
                                     JOYCE R. PENN  
                                       Plaintiff in Pro Per

Dated: August 3, 2005         McGREGOR W. SCOTT  
                                     United States Attorney

                                       /s/ Kristi C. Kapetan  
                                       KRISTI C. KAPETAN  
                                       Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   August 5, 2005**              **/s/ Lawrence J. O'Neill**  
b9ed48                                          UNITED STATES MAGISTRATE JUDGE